**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 13-24064M |
| | Citizenship: MEXICO |
| Emiliano Salinas-Cruz | |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts: COUNT 1: On or about April 4, 2013, at or near Nogales, Arizona, in the District of Arizona, Emiliano SALINAS-Cruz, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on October 6, 2012, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326.
COUNT 2: That on or about April 4, 2013, at or near Nogales, Arizona, in the District of Arizona, Emiliano SALINAS-Cruz, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

Emiliano SALINAS-Cruz is a citizen of Mexico. On October 6, 2012, Emiliano SALINAS-Cruz was lawfully denied admission, excluded, deported, and removed from the United States through Nogales, Arizona. On April 4, 2013, agents found Emiliano SALINAS-Cruz in the United States at or near Nogales, Arizona. Emiliano SALINAS-Cruz did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. Emiliano SALINAS-Cruz, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Emiliano SALINAS-Cruz admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on April 4, 2013, at or near Nogales, Arizona.

| | |
|---|---|
| 04/05/2013 | at Tucson, Arizona |
| File Date | |

*Signature of Complainant*

Sworn to before me and subscribed in my presence,

Leslie A. Bowman
United States Magistrate Judge

*Signature of Judicial Officer*

FBI Number: 591652ND9